# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**JOE HOUSTON, Individually,**

       **Plaintiff ,**

v.

**Case No.:** 17-cv-62168-WJZ

**HOLLYWOOD BEACH HOTEL LLC,**

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby notifies the Court that the parties have fully resolved all outstanding issues and are in the process of exchanging the fully executed settlement documents. The parties anticipate that this process will be complete within 30 days and will file a stipulation of dismissal with prejudice. Plaintiff therefore requests that all pending motions be denied as moot and that the Court grant them 30 days in which to file their dismissal.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 28th day of February, 2018.

Respectfully submitted,

Attorneys for Plaintiff:

/s/ Althea M. Campbell Esquire
Of Counsel
Thomas B. Bacon P.A.
210 N. University Drive, Suite 504
Coral Springs, FL 33071
Tel: (954) 717-1646
Fax: (954) 717-2538
E:mail:amcimmlaw@aol.com



Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 N. McDonald Street
Mt. Dora, FL 32757
Tel:(954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar No. 139262